160 A.3d 551

**IN RE: MUNWELL O.**

**Pet. Docket No. 13, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 1886, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

160 A.3d 551

**JESMER**

v.

**TOWN OF DENTON**

**Pet. Docket No. 55, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Pending in the Court of Special Appeals (No. 27, Sept. Term, 2017).

Petition for writ of certiorari denied.